RECEIVED
FEB 0 9 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

Clerk's Office
A True Copy
February 15, 2012
_____
Deputy Clerk, U.S. District Court
Western District of Louisiana
Shreveport, LA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS
LIABILITY LITIGATION

MDL No. 2299

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−5)**

On December 29, 2011, the Panel transferred 11 civil action(s) to the United States District Court for the Western District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2011). Since that time, 99 additional action(s) have been transferred to the Western District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Rebecca F Doherty.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Louisiana and assigned to Judge Doherty.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Western District of Louisiana for the reasons stated in the order of December 29, 2011, and, with the consent of that court, assigned to the Honorable Rebecca F Doherty.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 09, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS  
LIABILITY LITIGATION                                    MDL No. 2299

### SCHEDULE CTO-5 – TAG-ALONG ACTIONS

| Assigned Western District of Louisiana Civil Action number: | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| | ALABAMA NORTHERN | | | |
| 6:12-cv-0408 | ALN | 2 | 11-04089 | Jones et al v. Takeda Pharmaceuticals North America Inc et al |
| 6:12-cv-0409 | ALN | 5 | 11-04094 | Stovall v. Takeda Pharmaceuticals America, Inc. et al |
| | CALIFORNIA SOUTHERN | | | |
| 6:12-cv-0410 | CAS | 3 | 11-02984 | Buck v. Takeda San Diego, Inc et al |
| | COLORADO | | | |
| 6:12-cv-0411 | CO | 1 | 11-03379 | Lilak v. Takeda Pharmaceutical North America, INC. |
| | ILLINOIS NORTHERN | | | |
| 6:12-cv-0412 | ILN | 1 | 11-08748 | Seehawer v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0413 | ILN | 1 | 11-09028 | Olsen v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0414 | ILN | 1 | 11-09130 | Moogalian v. Takeda Pharmaceuticals America, Inc. et al |
| | KANSAS | | | |
| 6:12-cv-0415 | KS | 6 | 12-01020 | Foster v. Takeda Pharmaceuticals America, Inc. et al |
| | LOUISIANA MIDDLE | | | |
| 6:12-cv-0416 | LAM | 3 | 11-00761 | Mire et al v. Takeda Pharmaceuticals North America, Inc. et al |
| 6:12-cv-0417 | LAM | 3 | 12-00016 | Tierney v. Takeda Pharmaceuticals North America, Inc. et al |
| | MISSISSIPPI SOUTHERN | | | |
| 6:12-cv-0418 | MSS | 3 | 11-00768 | Hester v. Takeda San Diego, Inc. et al |
| | MISSOURI WESTERN | | | |

| Case No. | Court | | Orig. Case No. | Case Name |
|---|---|---|---|---|
| 6:12-cv-0419 | MOW | 6 | 11-03499 | Freeman et al v. Takeda Pharmaceutical Company, Ltd. et al |

### NEW YORK EASTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0420 | NYE | 1 | 11-05809 | Herlihy v. Takeda Pharmaceuticals North America Inc. et al |
| 6:12-cv-0421 | NYE | 2 | 11-05458 | Sawyer v. Takeda Pharmaceuticals North America Inc. et al |

### NEW YORK NORTHERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0422 | NYN | 5 | 12-00095 | Sanderson v. Takeda Pharmaceuticals North America, Inc. et al |

### NEW YORK SOUTHERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0423 | NYS | 1 | 11-08750 | Lo et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0424 | NYS | 1 | 11-09353 | Kingsdale et al v. Takeda San Diego Inc. et al |

### NORTH CAROLINA EASTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0425 | NCE | 5 | 11-00653 | Wells, et al v. Takeda Pharmaceutical Company Limited, et al |
| 6:12-cv-0426 | NCE | 5 | 11-00753 | Norris et al v. Takeda Pharmaceutical Company Limited, f/k/a Takeda Chemical Industries, Ltd. et al |

### NORTH CAROLINA MIDDLE

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0427 | NCM | 1 | 11-00990 | KISE, et al v. TAKEDA PHARMACEUTICAL COMPANY LIMITED, et al |
| 6:12-cv-0428 | NCM | 1 | 12-00058 | WADE, et al v. TAKEDA PHARMACEUTICAL COMPANY LIMITED, et al |

### OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0429 | OHN | 1 | 11-02579 | Kilgore et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0430 | OHN | 1 | 11-02588 | Misinec v. Takeda Pharmaceuticals America, Inc et al |
| 6:12-cv-0431 | OHN | 1 | 11-02677 | Koslen v. Takeda Pharmaceuticals North America, Inc et al |
| 6:12-cv-0432 | OHN | 1 | 12-00017 | Sforzo et al v. Takeda Pharmaceuticals America, Inc et al |

### PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0433 | PAE | 2 | 12-00107 | SWINTON et al v. TAKEDA PHARMACEUTICALS AMERICA, INC. et al |

### TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0434 | TXS | 2 | 11-00414 | Moff v. Takeda Pharmaceuticals North America, Inc. et al |

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0435 | TXS | 3 | 12-00019 | Siliano et al v. Takeda Pharmaceuticals America Inc. et al |